All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 6/2/2022 9:00 AM

FILED
3/30/2022 2:42 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L002994

17303647

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ASFA ALAMELHUDA, )
)
Plaintiff, )
)
v. ) No 2022L002994
)
WALMART, INC. )
)
Defendant, )

### COMPLAINT AT LAW

NOW COMES the Plaintiff, ASFA ALAMELHUDA, by her attorneys, THOMAS LAW, complaining of Defendant, WALMART, INC. states as follows:

1. On or about October 26, 2020, Defendant, WALMART, INC., (hereinafter referred to as "WALMART") was a Delaware Corporation licensed to do business in the State of Illinois.

2. On or about October 26, 2020, Defendant WALMART owned, operated, managed, maintained and controlled the premises of the Walmart Store located at 930 Mt. Prospect Plaza, Mt. Prospect, State of Illinois, as a retail store that was open to the public.

3. On or about October 26, 2020, Defendant WALMART had a duty to maintain its premises in a reasonably safe condition for customers and other intended users.

4. On or about October 26, 2020, Plaintiff ASFA ALAMELHUDA, an Illinois resident, was present at the aforementioned store as a business invitee and was lawfully on said premises.

5. At the aforesaid time and place, Defendant WALMART, through its agents and employees, failed to clean up crushed bananas that existed on the floor in the store, which caused said floor to become slippery.

1

**EXHIBIT B**

FILED DATE: 3/30/2022 2:42 PM   2022L002994

6. At the aforementioned time and place, Defendant WALMART through its agents and employees, knew or reasonably should have known, of said unreasonably dangerous crushed bananas, as it was located in the aisle of the store where customers and employees are regularly situated, and have a duty to clean.

7. At the aforementioned time and place, said condition caused Plaintiff ASFA ALAMELHUDA to slip and fall.

8. At the aforementioned time and place, Defendant WALMART breached its duty in one or more of the following respects:

    a) Negligently managed, maintained and controlled the aforesaid floor where the crushed banana was in a manner which was unreasonably dangerous to its customers;

    b) Failed to properly clean and remove the banana and its crushed substance from the floor in a timely manner;

    c) Failed to provide any warning signs at or near the location where the crushed banana was located on the floor;

    d) Allowed or permitted the crushed banana to remain on the floor; and

    e) Failed to make a reasonable inspection of the aforementioned premises and said area when the Defendant knew or should have known that said inspection was necessary to prevent injury to the Plaintiff.

9. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of the employees, agents and/or contractors or the Defendant, WALMART, the Plaintiff, ASFA ALAMELHUDA, sustained injury, has lost and will lose in the future financial gains which she otherwise would have made and acquired; has been and will be kept from attending to her ordinary affairs; and has become liable for large sums of money for medical and hospital care and attention.

FILED DATE: 3/30/2022 2:42 PM 2022L002994

WHEREFORE, Plaintiff ASFA ALAMELHUDA demands judgment against Defendant WALMART, INC. in a sum greater than FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of this lawsuit.

Respectfully submitted,

/s/ Brian C. Thomas
Brian C. Thomas

THOMAS LAW
55 West Monroe Street
Suite 3100
Chicago, Illinois 60603
(312) 527-4600
Firm I.D. 56329

3